**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 55 MAL 2015
                                                 :

              Respondent     :

                                                 : Petition for Allowance of Appeal from the
                                               : Order of the Superior Court

              v.                     :

                                                 :

MAURICE PRINCETON JOHNSON SR.,  :

                                               :

              Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.